IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>LINDSAY HELM, and HAROLD HELM,<br><br>      Defendants. | 8:24CR169<br><br><br><br>ORDER |

  This matter is before the Court on defendant Lindsey Helm's Unopposed Motion to Continue Trial (Filing No. 32). Counsel needs additional time to conclude plea negotiations. The government and counsel for co-defendant have no objection to the continuance. For good cause shown,

  IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 32) is granted as follows:

1. The jury trial, **for both defendants**, now set for May 19, 2025, is continued to **June 23, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 23, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. The Court construes the Entry of Appearance (Filing No. 31) as a motion to continue and denies as moot.

Dated this 8th day of May 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge